

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES GRIFFIS, | | |
| | § | No. 08-22-00141-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 368th Judicial District Court |
| KEVIN DALE DIDWAY, WILLIAM MARK DIDWAY, AND EMMA GENE DIDWAY GRIFFIS, | § | of Williamson County, Texas |
| | § | (TC# 22-0216-C368) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2023

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Palafox, J. (Concurs without written opinion)